UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>████████████████<br>██████<br>MICHAEL MANN;<br><br>Defendants. | Case No.  '21  MJ0078<br>_____<br><br>COMPLAINT (REDACTED) FOR<br><br>VIOLATION OF<br><br>Title 18, U.S.C., Sec. 2113(a)<br>- Bank Robbery |

The undersigned complainant being duly sworn states:

<u>Count 1</u>

On or about December 27, 2019, within the Southern District of California, defendants ███████████████████████████████████████ ██████████████████████████ and KEVIN MICHAEL MANN did, by force, violence, and intimidation unlawfully take from the person and presence of employees of the Citibank, 402 Fletcher Parkway, El Cajon, California, United States currency belonging to, or in the care, custody, management, or possession of Citibank, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## Count 2

On or about January 13, 2020, within the Southern District of California, defendants ████████████████████████████████████████████████ and KEVIN MICHAEL MANN, did, by force, violence, and intimidation unlawfully take from the person and presence of employees of the US Bank, 2755 Navajo Road, El Cajon, California, United States currency belonging to, or in the care, custody, management, or possession of US Bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

## Count 3

On or about February 3, 2020, within the Southern District of California, defendants ████████████████████████████████████████████████ and KEVIN MICHAEL MANN, did, by force, violence, and intimidation unlawfully take from the person and presence of employees of the US Bank, 3201 University Avenue, San Diego, California, United States currency belonging to, or in the care, custody, management, or possession of US Bank, whose deposits were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

ANNE E. SKOMBA
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on this 12th day of January, 2021.

HON. ALLISON H. GODDARD
United States Magistrate Judge

I hereby attest and certify on  Jan 12, 2021  that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By:  s/ A. Finnell
    Deputy

## PROBABLE CAUSE STATEMENT

1.    During the course of my duties, I have learned the following information from participating in the investigation and having read the reports prepared by other law enforcement officers. The following does not contain all of the information known to myself or other federal agents and state and local officers regarding this investigation, but does contain those facts believed to be necessary to establish the requisite probable cause.

<u>The December 27, 2019 robbery of the Citibank located at 402 Fletcher Parkway, El Cajon, California</u>

2.    On December 27, 2019, at approximately 1:20 PM, individuals later identified as ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ robbed the Citibank located at 402 Fletcher Parkway, El Cajon, California 92020, within the Southern District of California. The robbers were aided by a get-away driver, later identified as KEVIN MICHAEL MANN. The Citibank was insured by the Federal Deposit Insurance Corporation at the time of the robbery.

3.    According to witnesses and surveillance footage, ▮▮▮▮▮▮▮▮▮▮ entered the bank, and ▮▮▮▮▮▮ approached the teller while ▮▮▮▮ stayed in the lobby and acted as a lookout. ▮▮▮▮▮▮ said, "Give me all the money" in a low hard tone, followed by "Give me all the money. I'm not joking. This is a robbery.", thereby making a verbal demand for money. In response to ▮▮▮▮▮▮ demand, a teller gave ▮▮▮▮▮▮ approximately $3,086.00 in United States currency. When the teller started pulling bills from his top drawer, ▮▮▮▮▮▮ said "Hurry up!" After ▮▮▮▮▮▮ received the money, both ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ exited the bank. Before he pushed open the bank's door to exit, ▮▮▮▮ pulled his sleeves down to cover his hands. The following image was captured from surveillance video:

3



4.  ███████ was described as a Caucasian male with tan skin in his late 20s to early 30s, standing approximately 5'10" to 5'11", with a slender build, wearing a dark grey zip up jacket with stripes on the sleeves over a navy blue shirt, a navy blue Chargers baseball cap, and sunglasses. One employee of the bank described him as having dark chin length hair hanging out from under his hat, which almost looked like a wig. ███████ was described as approximately 50 to 60 years old, 5'9" to 5'10" tall, with a slender build, wearing a long sleeve blue shirt under a short sleeve orange shirt. He wore black framed reading glasses and a backward camouflaged baseball cap. He had a handlebar mustache. The following photo was captured on surveillance footage of ███████:

1
2
3
4
5
6
7
8
9



10    5.    As of November 12, 2020, prior booking photographs showed ███████ as

11  a white male approximately 6'0" tall. The following image of ███████ was taken in

12  2019 depicting him w

13
14
15
16
17
18

19    6.    As of November 12, 2020, prior booking photographs showed ███████ as a

20  Hispanic male approximately 6'0" tall. The following photograph of ███████ was taken in

21  August 2020:

22
23
24
25
26
27
28

7.     Subsequent to the robbery, an employee of the Home Depot located at 298 Fletcher Parkway, El Cajon, California 92020, immediately northeast and in the same shopping center as the Citibank, told the FBI he was working in the lumber yard behind the Home Depot. The employee stated that, on December 27, 2019 at approximately the same time as the robbery, he heard people running on the sidewalk behind him. The people running were outside the Home Depot fence line, but were on the same side of the street as Home Depot. The employee saw three men running down the sidewalk eastbound on Coogan Way towards N. Magnolia Avenue. The Home Depot employee then heard a car engine rev up near the northeast corner of Home Depot, but could not see the car because it was behind the fence line. The employee ran toward the northeast corner of Home Depot and saw a silver or grey car make a left on N. Magnolia Avenue heading toward Santee. The employee thought the car was possibly a mid-2000s Dodge Charger. The employee recalled hearing two doors close before the car drove away. The below map, provided by Googlemaps, shows the connection between Citibank, Home Depot, Coogan Way, and N. Magnolia Ave.:



8. Investigators obtained surveillance footage from behind Home Depot's lumberyard on December 27, 2019, which faced towards Coogan Way. Investigators analyzed this footage for evidence of the robbers' paths to and from the vicinity of the bank. The footage showed a light-colored sedan travel westbound on Coogan Way and then turn north onto a circular driveway at approximately 392 Coogan Way. A man in a bright orange shirt believed to be ███████ crossed from the south side of Coogan Way where cars are normally parked northbound across Coogan Way, and walked towards the direction of the light-colored sedan. Then, the footage showed three men, including one in a bright orange shirt, running east on Coogan Way past the lumberyard. Investigators believe this to be the robbers fleeing the scene.

9. According to El Cajon Police Department records, a light blue 2003 Saturn Ion four-door sedan with California license plate #5BZC926 was stolen on December 27, 2019 from 984 Peach, El Cajon, California 92020.[1] On December 29, 2019, the vehicle was found parked on the south curb line at 380 Coogan Way, El Cajon, California 92020. When officers found the vehicle, the driver side window was partially rolled down and a shaved key was in the ignition. Having reviewed photos of the stolen Saturn Ion and compared it to the light colored sedan observed on the aforementioned footage from Home Depot, investigators believe ███████ and MANN used it to facilitate the robbery of the Citibank.

<u>The January 13, 2020 robbery of the US Bank located at 2755 Navajo Road, El Cajon, California</u>

10. On January 13, 2020, at approximately 3:12 PM, an individual later identified as ████, robbed the US Bank located at 2755 Navajo Road, El Cajon, California 92020, within the Southern District of California. The robber was aided by a get-away driver, later

---

[1] According to police reports, the owner of the vehicle saw it parked on the north side of the curb outside 984 Peach at approximately 12:01 AM on December 27, 2019. The owner realized the vehicle was missing at approximately 5:00 PM on December 27, 2019.

identified as MANN. The US Bank was insured by the Federal Deposit Insurance Corporation at the time of the robbery.

11.    According to witness statements and surveillance footage, at approximately 3:12 PM, ▓▓▓▓▓ entered the US Bank, approached the teller, and made verbal demands for money. ▓▓▓▓▓ told the teller that this was a robbery, to give him money, and to hurry up. The teller gave an initial sum, but ▓▓▓▓▓ responded that the amount was not enough, she needed to give more money, and to hurry up. ▓▓▓▓▓ also said he did not want any "dye packs" or "tracer money." The teller provided the robber with a second sum, amounting to an overall total of $5,177.00 in United States Currency.

12.    Based on eyewitness statements and surveillance footage, the robber was described as approximately 6'0" tall with a thin build and fair or olive skin. Surveillance footage revealed the suspect wore dark sunglasses, a grey and white trucker style hat, a dark long-sleeved sweatshirt, baggy denim jeans and dark sneakers with white soles. According to the victim teller, the robber had extreme acne scars on his face. Another witness provided that the robber had a mark on his right cheek and described the robber as a "tweeker" who appeared to be very pale and sick. Based on review of surveillance footage, as ▓▓▓▓▓ approached the door of the bank, he pulled down his sleeve to cover his hands in a similar manner to the December 27, 2019 robbery. The following photos were taken from surveillance footage:



13. Investigators later compared ▮▮▮▮▮ previous booking photographs to the surveillance video from the January 13, 2020 robbery. The booking photographs showed ▮▮▮▮▮ with facial hair resembling the robber at 2755 Navajo Road and what appeared to be scarring or marks on his face and neck. There were also several photos in which ▮▮▮▮ again appeared to have marks on his face and wore a dark grey sweatshirt resembling the one worn by the robber at the US Bank at 2755 Navajo Road. The photos referenced are provided below:



14. Surveillance video collected from a local business showed ▮▮▮▮ running southbound after the robbery towards the exit of the shopping center surrounding the US Bank, which leads to a residential neighborhood and housing complexes.

The February 3, 2020 robbery of the US Bank located at 3201 University Avenue, San Diego, California

15. On February 3, 2020, at approximately 1:31 PM, an individual later identified as ████, robbed the US Bank located at 3201 University Avenue, San Diego, California 92104, within the Southern District of California. The robber was aided by a get-away driver, later identified as MANN. The US Bank was insured by the Federal Deposit Insurance Corporation at the time of the robbery.

16. ████ approached the teller and made a verbal demand for money to the effect of, "This is a robbery. I want the money right now. Hurry up, I'm not playing around." The teller activated the silent alarm at her station and complied with demands, providing ████ with approximately $1,831.00 in United States currency. The money also contained a tracking device. ████ took the money and departed the US Bank on foot.

17. ████ was later described as a white male, in his 40's, 5'10" to 5'11" with a slim build. Surveillance footage from the bank and the local area showed the subject wore a San Diego Padres baseball hat, a long-sleeved shirt or sweatshirt, baggy jeans and grey sneakers with white soles. Surveillance footage showed that, as the subject entered and exited the bank, he used a sleeve to cover at least one of his hands. Surveillance video from the US Bank provided the following images of the subject, to include one showing a possible tattoo or marking on the robber's back protruding towards his neck:





18. ▮▮▮▮ was arrested by local law enforcement in August 2020 on an unrelated, outstanding state arrest warrant. At the time of arrest, officers documented ▮▮▮▮ tattoos, which included a large tattoo on his back reading "East Sider." The "S" in Sider protruded up towards the nape of ▮▮▮▮ neck. The following is an image showing the tattoo:



19. Surveillance footage showed that ████████ fled the robbery of the US Bank at 3201 University Avenue by running south on foot towards North Park Way. A witness observed a male matching the robber's description run to and enter the backseat of a silver Cadillac with California license plate 8AGM626 parked on North Park Way, which then proceeded to the freeway. The witness saw a bald white male in the driver's seat of the vehicle.

20. Law enforcement later recovered the tracking device, which the teller provided to the robber, on the side of the 805 South freeway, just past the onramp from North Park Way.

//
//
//

<u>Evidence implicating MANN in all three bank robberies</u>

*Vehicle Record Data*

21.     A review of California DMV databases identified that a 2018 silver Cadillac, with California license plate 8AGM626, was registered to Robert T. Charles of 2095 Valley Lake Dr., El Cajon, California 92020.  Further review of California DMV records revealed 2095 Valley Lake Dr., El Cajon, California 92020 was the mailing address for MANN. Police records indicate MANN is Robert and Marian Charles' grandson. California DMV records provided the following photo of MANN with a shaved head:



*Phone Call Records*

22.     Following the series of robberies and the identification of MANN's vehicle, investigators obtained via federal search warrants for the call detail records for MANN's cellular telephone number, ██████ cellular telephone number, and ██████ cellular telephone number. Investigators found ██████ phone and MANN's phone were both operating in the area of Sycuan Casino between approximately 1:32 AM and 3:58 AM on December 26, 2020, the day before the first robbery. They exchanged approximately three calls during that time. Then, on the morning of the robbery, at approximately 12:41 AM, MANN's phone number received a call from ██████ phone number. Between approximately 8:24 AM and 9:10 AM on December 27, 2019, ██████ and MANN's numbers exchanged multiple calls and text messages.

23.     As pertinent towards the January 13, 2020 robbery, according to call detail records obtained pursuant to federal search warrants, at around 12:31 PM, MANN's phone

number called the phone number ███████ phone number. At approximately 1:43 PM,

███████ phone number called MANN's phone number and the call lasted 54 seconds in duration.

*Location Data*

24. Through federal search warrants, investigators obtained location data from a Google account used by MANN and linked to his cellular telephone at the time of the robbery. The account's location data revealed MANN's cellular telephone was located in the immediate vicinity of the Citibank at approximately 1:15 PM and on Coogan Way in the vicinity of the Home Depot between approximately 1:16 PM and 1:30 PM on December 27, 2019.

25. On December 29, 2019, the stolen Saturn Ion, used in the December 27, 2019 robbery, was found parked on the south curb line at 380 Coogan Way, El Cajon, California 92020. That area is directly to the west of the location of MANN's phone during the approximate time of the robbery.

26. In the late morning of the January 13, 2020 robbery, between approximately 11:56 AM and 12:15 PM PST, location data from MANN's Google account placed his phone in the immediate area of Enterprise Rent-A-Car, 8795 Cuyamaca Street, Santee, California 92071. Enterprise records confirmed MANN's grandfather rented a 2019 white RAM truck with license plate 80036V2 from that Enterprise location on January 13, 2020, beginning the rental contract at approximately 11:58 AM. The vehicle was not returned to the Enterprise location until January 15, 2020.

27. Coordinates from MANN's Google account confirmed his cellular telephone was located just to the southeast of the bank's parking lot at roughly 2922 Fletcher Pkwy, El Cajon, CA 92020 around the time of the robbery, specifically between approximately 3:07 PM and 3:14 PM. The following map shows the proximity between where ███████ was last seen fleeing southbound and the location of MANN's phone:

14

_Searches from MANN's Google Account and other social media information_

28.    Investigators received data pertaining to MANN's YouTube activity through the aforementioned federal search warrant for MANN's Google account records. On February 4 and 5, 2020, MANN's YouTube account was recorded watching a video entitled, "San Diego: Bank Robbery 02032020" published by YouTube user 911 VIDEO NEWS. This video linked to a news video regarding the February 3, 2020 robbery of the US Bank at 3201 University Avenue.

29.    On February 5, 2020, MANN used his YouTube account to watch a video entitled "East County Bank Robber Gets Away With Cash." This video linked to a YouTube video published by FOX 5 San Diego containing a news clip about the January 13, 2020 robbery of the US Bank at 2755 Navajo Road, El Cajon, California 92020.

30.    Pursuant to a federal search warrant for Facebook records, on February 15, 2020,  accepted a Facebook friend request from a Facebook profile used by MANN.

1 ███████████████████████████████████████████████████████████
2 ███████████████████████████████████████████████████████████
3 ███████████████████████████████████████████████████████████
4 ████████████████████████████ ██████████████████████████████
5 ███████████████████████████████████████████████████████████
6 ███████████████████████████████████████████████████████████
7 ███████████████████████████████████████████████████████████
8 ██████████████████████████████████████████████ ████████████
9 ███████████████████████████████████████████████████████████
10 ██████████████████████████████████████████████
11 ██ ███████████████████████████████████████████████████████
12 ███████████████████████████████████████████████████████████
13 ███████████████████████████████████████████████████████████
14 ███████████████████████████████████████████████████████████
15 ███████████████████████████████████████████████████████████
16 ███████████████████████████████████████████████████████████
17 ███████████████████████████████████████████████████████████
18 ███████████████████████████████████████████████████████████
19 ███████████████████████████████████████████████████████████
20 ███████████████████████████████████████████████████████████
21 ███████████████████████████████████████████████████████████
22 ███████████████████████████████████████████████████████████
23 ███████████████████████████████████████████████████████████
24 ██████████████████████████████████████
25
26 ███████████████████████████████████████████████████████████
27 ███████████████████████████████████████████████████████████
28 ██████████████████████████████████████████████████

<u>Additional information implicating ███████ in all three robberies</u>

<u>*Similarities in appearance and modus operandi*</u>

34.    Investigators reviewed surveillance footage and witness accounts from all three robberies, and recognized similarities in modus operandi suggesting a robber in all three circumstances was the same person. These similarities include:

    a.    the robber's use of his shirt sleeves to cover his hands before entering or exiting the bank;

    b.    the robber's use of similar verbiage in making verbal demands on January 13 and February 3, 2020, telling the tellers to "hurry up";

    c.    the robber's language and actions demonstrating awareness of "dye packs", "tracer money," and trackers; and,

    d.    the robber's running from the scene.

35.    Investigators also noted similarities in the physical descriptions and clothing of the bank robber in all three events. The robber was described as around 5'10" to 5'11" tall, and as having slightly darker complexion (i.e. tan or olive skin) across incidents:

    a.    December 27, 2019: Caucasian male with tan skin in his late 20s to early 30s, standing approximately 5'10" to 5'11", with a slender build;

    b.    January 13, 2020: approximately 6'0" tall with a thin build and fair or olive skin; and,

    c.    February 3, 2020: a white male, in his 40's, 5'10" to 5'11" with a slim build.

During all three robberies, ███████ wore baggy jeans and dark grey shoes with white soles. The following photographs show the jeans and shoes worn during each robbery:

18



36.    ███████ physical description matches that of the robber in all three circumstances.

█████████ *Google account search history*

37.    Pursuant to a federal search warrant, investigators obtained information related to ██████████████████████████. At 1:11 PM on December 27, 2019, approximately nine minutes before the Citibank robbery, ███████ searched for "Directions to Citibank, 402 Fletcher Pkwy, El Cajon, CA 92020."

38.    In mid-January 2020, the FBI and local law enforcement published press releases seeking public information regarding the recent robberies in El Cajon at the Citibank on December 27, 2019 and the US Bank on January 13, 2020. Multiple news outlets in the San Diego area published stories regarding these incidents, which included photographs of the robbers later identified as ██████████████. On January 28, 2020 at approximately 4:05:52 PM PST, ████████ Google account conducted an image search for "el cajon bank robberies." Based on investigators' training and experience and discussions with other law enforcement officers, bank robbers often attempt to learn about law enforcement's efforts to investigate the robberies to better conceal their criminal activity or avoid law enforcement scrutiny in the future.

//

1   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

2   ■■■■■■■■■■

3     39.   ■■■■■■■■■■■■■■■■■■■■■■■

4   ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

5   ■■■■■■■■■■■

6     40.   According to records obtained pursuant to a federal search warrant, ■■■■

7 deactivated his Instagram account with display name ■■■■■■■■■■■

8 ■■■■■■ on March 9, 2020. Additionally, his Facebook account was deleted on April

9 8, 2020.

10     41.   On August 29, 2020, while ■■■■■ was incarcerated at San Diego County

11 Jail, he placed a call to an unidentified female (UF). At one point in their conversation, the

12 UF said she wanted them to get back on the path they were on when they first got together

13 because somehow they got off track. ■■■■■ then said, "I thought I was looking at a lot

14 worser stuff, you know." The UF said she was telling ■■■■■ mom that, "It was hard to

15 even move forward when you have a dark cloud hanging over your head, you know." ■■

16 ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

17 ■■■■■■■■■■■■■■■■■■■■

18   Additional information implicating ■■■■■ in the December 27, 2019 Citibank

19         robbery

20     42.   Beyond the similarities in appearance previously discussed, investigators

21 obtained details regarding ■■■■■■ Google account pursuant to a federal search

22 warrant. On December 28, 2019 at approximately 4:14 PST, ■■■■■■ account

23 searched on YouTube for "robberies in el cajon ca on 12/27 2019." Further, on January 13,

24 2020 in the evening, ■■■■■■ Google account visited "Two men rob Citibank in El

25 Cajon - The San Diego Union-Tribune" an article written and published online by The San

26 Diego Union-Tribune regarding the December 27, 2019 Citibank robbery.

27 //

28 //

**Request for Sealing**

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendants to flee and may cause destruction of evidence and may have a negative impact on this continuing investigation.

First: ████████   ████████████   ████████████ - _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| 11/27/1990 | CAMC San Diego | PC 496: Receiving Stolen Property | 3 years probation | |
| 2/11/1991 | CASC San Diego | PC 211: Robbery | 365 days jail; 5 years probation | |
| 10/3/1991 | CASC San Diego | PC 484/666: Petty Theft w/prior | 365 days jail; 3 years probation | |
| 9/27/1994 | CASC San Diego | PC 12021(A): Felon/Addict in Poss. Firearm | 4 years prison | |
| 4/6/2000 | CASC San Diego | HS 11350(A): Poss. C/S | 32 months prison | |
| 2/16/2006 | CASC Fullerton | HS 11350(A): Poss. C/S | 2 years prison | |
| 1/25/2010 | CASC San Diego | PC 487(C): Grand Theft from Person | 32 months prison | |
| 3/16/2017 | CASC San Diego | VC 10851(A) & VC 2800.2(A): Vehicle Theft and Evading a Peace Officer | 40 months prison | |
| | | ON PAROLE/PROBATION | | |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | | | |
| | | DEPORTATIONS | | |
| | | DATE OF MOST RECENT DEPORTATION | | |

First: ███████     ███████     _____  ████████ - _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| 8/15/1986 | CAMC El Cajon | PC 594: Vandalism | 180 days jail | |
| 11/28/1988 | CAMC El Cajon | PC 488: Petty Theft | 180 days jail; 3 years probation | |
| 11/9/1989 | CASC San Diego | VC 10851: Vehicle Theft | 2 years prison | |
| 7/20/1989 | CASC San Diego | PC 4532(A): Escape Jail | 365 days jail | |
| 7/24/1990 | CASC San Diego | PC 4574: Poss. Weapon/Tear Gas in Prison | 180 days jail | |
| 10/19/1990 | CASC San Diego | PC 484/488/666: Petty Theft w. priors | 3 years prison | |
| 8/19/1992 | CASC San Diego | HS 11377(A): Poss. C/S | 3 years prison | |
| 4/22/1994 | CASC San Diego | HS 11378: Poss. C/S For Sale | 3 years prison | |
| 7/22/1997 | CASC San Diego | PC 496(A): Receiving Stolen Property | 2 years prison | |
| 11/13/1998 | CASC San Diego | PC 11378: Poss. C/S For Sale | 52 months prison | |
| 5/20/2003 | CASC San Diego | PC 496D(A): Poss. Stolen Vehicle/Vessel | 16 months prison | |
| 7/21/2004 | CASC San Diego | PC 12316(B): Prohibited Person Owning, etc. Ammunition | 4 years prison | |
| 4/4/2011 | CASC San Diego | PC 182 & VC 10851: Conspiracy and Vehicle Theft | 9 years prison | |
| | | ON PAROLE/PROBATION | | |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | | | |

| | DEPORTATIONS | |
|---|---|---|
| | DATE OF MOST RECENT DEPORTATION | |

First: Kevin _____ Mid.Michael _____ Last:Mann _____ - _____

Case No. _____

RAP SHEET SUMMARY CHART

| Conviction Date | Conviction Court | Charge | Prison Term | Points |
|---|---|---|---|---|
| 11/17/1995 | CAMC El Cajon | PC 242: Battery on Person (M) | 6 days jail; 3 years probation; modified to 180 days jail | |
| 1/24/1996 | CAMC El Cajon | PC 496(A): Receiving Stolen Property | 13 days jail; 3 years probation; modified to 365 days jail | |
| 6/30/1998 | CASC San Diego | PC 459: Burglary | 365 days jail; 5 years probation | |
| 5/1/2000 | CASC El Cajon | PC 459: Burglary | 32 months prison | |
| 3/1/2004 | Clark County Sup. Ct. | Washington 9A.60.020: Forgery | 60 days jail | |
| 4/2/2007 | CASC San Diego | PC 459: Burglary | 32 months prison | |
| 3/9/2010 | CASC San Diego | PC 666: Petty theft w/ priors | 32 months prison | |
| 11/26/2012 | CASC Riverside | PC 4573.8: Poss. drugs in prison | 36 months prison, consecutive with 24 months stayed | |

| 7/12/2017 | Mesa County, Colorado | Assault causing injury | 170 days jail | |
|---|---|---|---|---|
| | | ON PAROLE/PROBATION | | |
| | | TOTAL POINTS | | 0 |
| | | CRIMINAL HISTORY CATEGORY | | |
| | | | | |
| | | DEPORTATIONS | | |
| | | DATE OF MOST RECENT DEPORTATION | | |